1AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSHUA SPRINGER | |
| | CASE NUMBER: 07CR3304-JAH |

I, <u>Joshua Springer</u>, the above-named defendant, who is accused of violating (1) Title 21, U.S.C., Sections 846 and 841(a)(1) – Conspiracy to Distribute Anabolic Steroids, being advised of the nature of the charges, the proposed Superseding Information and of my rights, hereby waive in open court on December 10, 2007, prosecution by indictment and consent that the proceeding may proceed by Superseding Information rather than indictment.

_____
MITCHELL NELSON
Counsel for Defendant

Before _____
JUDICIAL OFFICER

**FILED**
DEC 1 0 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY