1  KAREN P. HEWITT
   United States Attorney
2  TIMOTHY D. COUGHLIN
   Assistant United States Attorney
3  California State Bar No. 144911
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-7044/6340
   E-mail: timothy.coughlin@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )    Crim. Case No. 07cr3304-JAH
11                                   )
                 Plaintiff,          )    DATE: April 1, 2008
12                                   )    TIME: 10:30 a.m.
         v.                          )
13                                   )    GOVERNMENT'S SENTENCING
   JOSHUA SPRINGER,                  )    MEMORANDUM
14                                   )
                                     )
15               Defendant.          )
                                     )
16

17         COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its

18  counsel, Karen P. Hewitt, United States Attorney, Timothy D. Coughlin, Assistant United

19  States Attorney, and hereby files its sentencing memorandum.

20                                   I

21                     SENTENCING RECOMMENDATION

22         A.    INTRODUCTION

23         On December 10, 2007, defendant Joshua Springer (Springer) pled guilty to a

24  single count information charging him with conspiracy to distribute anabolic steroids, in

25  violation of 21 U.S.C. §§ 846 & 841(a)(1).  Defendant Springer's guilty plea was

26  memorialized in a written plea agreement reached by the parties and entered into after

27  consultation with his attorney, Mitchell H. Nelson.  It is the intention of the Government

28

to make its sentencing recommendation in accord with the plea agreement reached by the parties.

    B.    OFFENSE LEVEL CALCULATIONS

    The Government agrees with U.S. Probation's determination that: **1)** Springer"s Criminal History Category is correctly determined to be a Category I, based on the fact that has no prior criminal record. **2)** Springer's offense level is correctly determined to be a level 20,  pursuant to USSG § 2D1.1(c)(10).  Because Springer conspired with co-defendant Ray Ross and others to distribute more than 40,000 units of anabolic steroids, which are  a Schedule III Controlled Substance. **3)** Springer should be afforded a two level downward adjustment for the safety valve provision, because he meets all the criteria, pursuant USSG § 2D 1.1(b)(9) and USSG § 5C1.2. **4)** Springer should be afforded a three level downward adjustment for acceptance of responsibility, pursuant USSG § 3E 1.1(b).

    1.    The Government's Sentencing Calculations

    U.S. Probation recommends that Springer be afforded a minor role adjustment pursuant to USSG § 3B1.2(b).  On its face, this is  a reasonable assessment of Springer's involvement with Ross and his degree of participation in Ross' criminal activity.  However, when Springer is measured against the other participants in the larger GA Labs conspiracy, he is fairly described as "minimal participant."  See United States v. Benitiz, 34 F.3d 1489, 1498 (9th Cir. 1994).  This is in contrast to the 9th Circuit's finding in United States v. Johnson, 297 F.23d 845, 874-875 (9th Cir. 2002)(where least culpable participant not afforded minimal role adjustment where the defendant's role was still considered significant).  A minimal participant according to USSG § 3B1.2 application note 4, is a defendant who plays a minimal role in concerted activity and is an appropriate adjustment for defendants who are plainly the least culpable of those involved in the conduct of the group. In this case, the overall conspiracy involved at least 8 defendants with the leader

2

and organizers, including Ray Ross being charged in <u>United States v. Goran Crnila et al.</u> 07cr2516-JAH.  Ray Ross recruited Springer to become involved in his anabolic steroid trafficking activity.  The Crnila case involved defendants who were considerably more culpable then Springer.  For example Crnila, Phillips and Ross, organized and ran an internet based web site named GA Labs which manufactured and distributed anabolic steroids.  GA Labs was listed as an approved source on a international website named Steroidssuperboard. The conspiracy involved participants located in Thailand, New Jersey, Las Vegas and Florida and Ross in Aberdeen, Washington.  This website was owned and operated by Goran Crnila, in addition, Josh Phillips was a moderator on the website and arranged for thousands of GA Lab customers to receive their anabolic steroids.  Ross' role involved manufacturing the injectable and pill pressed steroids after receiving raw steroid powder from China. Ross  also was involved in bottling the liquid injectable steroids and pills once they had been cooked.  Springer was recruited by  Ross to rent a mail box and was paid $200 by Ross for his efforts.  Ross also had Springer assist him with the pill press on a few occasions.  In the larger context of this criminal activity, Springer's role is accurately described as minimal and the Government recommends the Court afford him a four level reduction pursuant USSG § 3B1.2(b).  On March 17, 2008, Springer's co-conspirator Jeff Thompson appeared before this Court, in that case the Government recommended that Thompson be afforded the "minor" role adjustment.  Thompson like Springer was recruited by Ross and but Thompson  helped run the pill press for Ross and shared in the profits.  Springer's involvement was considerably less than Thompson's and the Government urges the Court to follow the plea agreement reached by the parties regarding a role adjustment.

<u>The result of these calculations is as follows:</u>

Base Offense Level:          20

Minimal Role:                   -4

3

| | | |
|---|---|---|
| | Safety Valve: | -2 |
| | Acceptance of Responsibility: | -3 |

Adjusted Base Offense Level          11

CHC I, Offense level 11 produces a guideline range of 8-14 months in custody.

C.    <u>CONCLUSION</u>

In conclusion, the Government recommends the Court sentence defendant Springer to the low end of the guidelines or 8 months in custody to be followed by three years of supervised release, no fine and a $100 penalty assessment.


DATED: March 24, 2008.

                                                    Respectfully submitted,

                                                    KAREN P. HEWITT
                                                    United States Attorney


                                                    s/ Timothy D. Coughlin

                                                    _____
                                                    TIMOTHY D. COUGHLIN
                                                    Assistant U.S. Attorney
                                                    Attorneys for Plaintiff
                                                    United States of America
                                                    <u>Email</u>: Timothy.Coughlin@usdoj.gov

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )          Case No. 07cr3304-JAH
                                    )
              Plaintiff,            )
                                    )
       v.                           )
                                    )          CERTIFICATE OF SERVICE
JOSHUA SPRINGER,                    )
                                    )
              Defendant.            )
                                    )
_____)

IT IS HEREBY CERTIFIED THAT:

       I, Timothy D. Coughlin, am a citizen of the United States and am at least eighteen

years of age.  My business address is 880 Front Street, Room 6293, San Diego,

California 92101-8893.

       I am not a party to the above-entitled action.  I have caused service of

Government's Sentencing Memorandum on the following parties by electronically filing

the foregoing with the Clerk of the District Court using its ECF System, which

electronically notifies them.

       1.      Mitchell H. Nelson

the last known address, at which place there is delivery service of mail from the United

States Postal Service.

       I declare under penalty of perjury that the foregoing is true and correct.

       Executed on March 24,  2008.


                               s/ Timothy D. Coughlin

5